433 A.2d 115

Commonwealth v. Lecrone, Jr., Appellant.

Submitted March 6, 1980. H. Stanley Rebert, Public Defender, for appellant; William T. Hast, Assistant District Attorney, for Commonwealth, appellee.

* Justice Samuel J. Roberts of the Pennsylvania Supreme Court is sitting by designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

502

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment of sentence affirmed.